■ In the Matter of ANTHONY HYNES et al., Respondents, v CITY OF BUFFALO et al., Appellants. (Proceeding No. 1.) In the

Matter of JOSEPH FAHEY et al., Respondents, v CITY OF BUFFALO et al., Appellants. (Proceeding No. 2.) (Appeal No. 2.) [858 NYS2d 624]—Appeals from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 7, 2007. The order directed the respondents in proceeding Nos. 1 and 2 to pay certain attorneys' fees of the petitioners.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs (*see Matter of Hynes v City of Buffalo* [52 AD3d 1216 [2008]). Present—Hurlbutt, J.P., Martoche, Peradotto, Pine and Gorski, JJ.